App. No. 2001CA00265, 2002-Ohio-903, and briefing schedule stayed.

MOYER, C.J., and LUNDBERG STRATTON, J., concur.

PFEIFER, J., concurs but would also hold for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502.

F.E. SWEENEY, J., concurs but would not hold for the decision in *Burkhart.*

O'DONNELL, J., concurs in part, would allow on Proposition of Law No. I and hold for *Burkhart,* and would allow on Proposition of Law No. III and hold for *Galatis.*

O'CONNOR, J., concurs in part and would allow on Proposition of Law No. I only and hold for *Burkhart.*

RESNICK, J., dissents.

**2003–0844. Taylor v. Universal Underwriters Ins. Co.**
Franklin App. No. 01AP–922, 2003-Ohio-1446. Discretionary appeal allowed on Propositions of Law Nos. I and II.

MOYER, C.J., and O'CONNOR, J., concur and would hold for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502.

LUNDBERG STRATTON and O'DONNELL, JJ., concur and would hold for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.,* Stark App. No. 2001CA00265, 2002-Ohio-903.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0871. Kudukis v. Mascinskas.**
Cuyahoga App. No. 81663, 2003-Ohio-1355.

MOYER, C.J., LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2003–0872. Stout v. Travelers Prop. Cas. Ins. Co.**
Franklin App. No. 02AP–628, 152 Ohio App.3d 355, 2003-Ohio-1643. Discretionary appeal allowed, cause consolidated with 2003–0983, *Stout v. Travelers Prop. Cas. Ins. Co.,* Franklin App. No. 02AP–628, 152 Ohio App.3d 355, 2003-Ohio-1643, causes held for the decision in 2020–1956, *Tucker v. Wilson,* Clermont App. No. CA2002–01–002, 2002-Ohio-5142, and briefing schedule stayed.

RESNICK and F.E. SWEENEY, JJ., dissent.

**2003–0878. Morris v. United Ohio Ins. Co.**
Ross App. No. 02CA2653, 2003-Ohio-1708. Discretionary appeal allowed on Proposition of Law No. I only, cause consolidated with 2003–1018, *Morris v. United Ohio Ins. Co.,* Ross App. No. 02CA2653, 2003-Ohio-1708, causes held for the decision in 2003–0474, *Kyle v. Buckeye Union Ins. Co.,* Lucas App. No. L–02–1166, 2003-Ohio-488, and briefing schedule stayed.

O'CONNOR and O'DONNELL, JJ., concur.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., concur but would also allow all other propositions of law.

RESNICK and F.E. SWEENEY, JJ., dissent.

